FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 13 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Gregorio Ramos, et al.,

                                Plaintiffs,

              -against-

Police Officer Albert Aronov, et al.,

                                Defendants.

----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

13CV01070 (ARR) (VVP)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice.

Harvis, Wright, Saleem & Fett, LLP
*Attorneys for Plaintiffs*
305 Broadway, 14th Floor
New York, N.Y. 10007
(212) 323-6880

By: _____
Gabriel Harvis
*Attorney for Plaintiffs*

Dated: New York, New York
Dec 12, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants Aronov, Velez, Szumilo, Colon and Kavanagh*
100 Church Street, Rm. 3-173
New York, New York 10007

By: _____ 12/11/13
Jenny Weng
*Assistant Corporation Counsel*

SO ORDERED:

/s/(ARR)

_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

2